Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRIAN A. WHITING and<br>DEANNA J. WHITING,<br><br>Debtor(s), | **Chapter 13**<br><br>**No. 2:09-bk-12284 RTB**<br><br>**OBJECTION TO DEBTORS'**<br>**CHAPTER 13 PLAN** |

COMES NOW, NISSAN MOTOR ACCEPTANCE CORPORATION by and through its attorney as undersigned, who hereby objects to the confirmation of the Debtors' Plan as it stands at this time. NISSAN is the holder of a secured claim against the above named Debtors in the amount of $20,263.10. Said sum is secured by a lien on a 2006 NISSAN ARMADA, VIN: 5N1AA08B16N703380 purchased by the Debtors from NISSAN's assignor on or about March 28, 2006. A copy of said Contract and Title showing NISSAN's lien are attached as Exhibits "A" and "B".

NISSAN is objecting to the Debtors' Plan and is requesting that it not be confirmed because it fails to provide the Creditor its protection as required under 11 U.S.C., § 1325(a)(5)(b)(ii) for the value of the vehicle. The Debtors' Plan has a value of $20,075.00. However, it is NISSAN's position that the collateral is worth at least the amount $22,490.00 (see

N8815.0056 BN 3983651v1

attached Kelley Blue Book).  NISSAN alleges that this is the replacement value a retail merchant would charge for this property (See 11 U.S.C., § 506(a)(2).

The Debtors' Plan also provides insufficient Adequate Protection.  11 U.S.C., § 1326(a)(1)(c) provides that Debtor is required to directly pay Adequate Protection to a Creditor holding an allowed secured claim secured by personal property.  NISSAN is in fact a holder of such a claim and objects to Adequate Protection not being paid to it directly by the Debtors or to have the Trustee pay it pre-confirmation pursuant to General Order 95(V)(d).  Furthermore, NISSAN alleges based on the outstanding balance and retail value of $22,490.00 that adequate protection should be in the minimum amount of $224.00 per month.

Finally, the Debtors' Plan  provides for interest at the rate of 0.00%.  This is objected to.  Because of the inherent risks and dangers involved in being in a Chapter 13 it is NISSAN's position that it would be entitled to the *Till* rate of interest which would be based upon the prime rate (currently 3.25%) along with at least two to three additional percentage points for the risk factor.  As such, it is NISSAN's position that 5.25% - 6.25% would be appropriate.

WHEREFORE, for the reasons as stated above, it is respectfully requested that the Court deny confirmation of this Plan.

RESPECTFULLY SUBMITTED this  15th   day of July, 2009.

BUCHALTER NEMER

By:   /s/ AML - #006702
    Alan M. Levinsky
    16435 North Scottsdale Road, Suite 440
    Scottsdale, Arizona 85254
    Attorney for Creditor

| | |
|---|---|
| 1 | Copy of the foregoing mailed<br>this  15th  day of July, 2009,  to: |
| 2 | |
| 3 | Brian A. Whiting<br>Deanna J. Whiting<br>5120 W. Gelding Drive |
| 4 | Glendale, Arizona 85306<br>Debtors |
| 5 | |
| 6 | Joseph W. Charles<br>P.O. Box 1737<br>Glendale, Arizona 85311-1737 |
| 7 | Attorney for Debtors |
| 8 | Russell Brown<br>3838 N. Central Ave., Suite 800 |
| 9 | Phoenix, Arizona 85012<br>Trustee |
| 10 | |
| 11 | /s/ Sherry Lyerla_____ |